USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

FISHER SIGERSON MORRISON LLC,

                          Plaintiff,

           - against -

KARI SIGERSON and MIRANDA MORRISON,

                       Defendants.

11-cv-3440 (CM)

**ORDER TO**
**SHOW CAUSE FOR**
**TEMPORARY**
**RESTRAINING ORDER AND**
**PRELIMINARY**
**INJUNCTION**

---------------------------------------------------------------- X

Upon the affidavit of Effie Petropoulos, sworn to May 19, 2011 and the exhibits annexed

thereto, the affirmation of Jonathan E. Minsker, dated May 19, 2011 and the exhibits annexed

thereto, the supplemental affirmation of Jonathan E. Minsker, dated May 20, 2011, and upon the

accompanying Summons and Complaint, dated May 19, 2011, and the Memorandum of Law,

dated May 19, 2011 it is hereby:

ORDERED, that the above-named defendants, Kari Sigerson and Miranda Morrison,

shall show cause before the Honorable ~~Colleen McMahon~~ P. Kevin Castel at Room 12C of the United States

Courthouse, 500 Pearl Street, New York, New York on May 31, 2011, at 2:30 o'clock in

the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not

be issued and entered, pursuant to Rule 65 of Federal Rules of Civil Procedure:

(i) preliminarily enjoining and restraining defendants, their agents, employees and all

persons acting in concert with defendants, from taking any action to promote, publicize or

conduct the sale of SIGERSON MORRISON brand merchandise that Defendants have scheduled

1

*[handwritten: AND IT IS FURTHER ORDERED that at the May 22 close of the sale no further sale may take pending a hearing on this motion and]*

for May 20, 2011 through May 22, 2011 at the Steven Sclaroff store, located at 44 White Street,

New York, New York not authorized by plaintiff (the "Unauthorized Sale");

(ii) directing defendants to inform Steven Sclaroff and all public relations firms, internet

sites and media outlets that have reported the Unauthorized Sale that plaintiff is the sole and

exclusive owner of the SIGERSON MORRISON mark, that the Unauthorized Sale was not

authorized by the plaintiff, and that the Unauthorized Sale has been cancelled;

*[handwritten margin note: defendant's argue the restraint of "Sigerson Morrison" no trademark]*

(iii) enjoining and restraining defendants, their agents, employees and all persons acting

in concert with defendants, from taking any action to schedule, promote, publicize or conduct

any sale similar to the Unauthorized Sale and from using the SIGERSON MORRISON

trademark or trade name, or any derivative thereof, in connection with any products or services

that might cause confusion with the products and services offered by plaintiff, including, but not

limited to, the sale of leather goods, namely shoes, boots and handbags; and

(iv) for such other relief as this Court deems just and proper.

IT IS FURTHER ORDERED that, pursuant to Rule 65, pending the hearing and

determination of plaintiff's motion for preliminary injunctive relief, defendants, their agents,

employees and all persons acting in concert with defendants, are hereby restrained and enjoined

from taking any action to promote, publicize or conduct the Unauthorized Sale ~~or any similar~~

~~sale~~ including, but not limited to, using the SIGERSON MORRISON trademark or trade name,

or any derivative thereof, in connection with any products or services that might cause confusion

with the products and services offered by plaintiff, including, but not limited to, the sale leather

goods, namely shoes, boots and handbags, *[handwritten: Unless they (1) issue the press release attached to this order as "Exhibit 1 and (2) maintain the signs attached]*

IT IS FURTHER ORDERED, that service of a copy of this Order to Show Cause, *[handwritten: to the]*

together with all of the supporting papers upon which it is based, as well as the Summons and

*[handwritten bottom notes: a ship and customers and conform to the EX. 2 the same in the EX. 2 as is seen on sign.]*

*[handwritten: order as Exhibit 2 in prominent locations, and, on May 21 and May 22 (and as soon as possible on May 20 after 1pm) have prepared, and HAND TO EACH CUSTOMER,]*

Complaint herein, be made upon defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the 2️⃣0️⃣ day of _May_ , 2011, which shall be deemed good and sufficient service thereof; and

IT IS FURTHER ORDERED that answering papers, if any, shall be served upon plaintiff's attorneys Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, by electronic mail, hand delivery or overnight delivery on or before the 2️⃣5️⃣ day of _May_ , 2011, which shall be deemed good an sufficient service thereof.

IT IS FURTHER ORDERED that reply papers, if any, shall be served upon defendants or their counsel by electronic mail, hand delivery or overnight delivery, on or before the 2️⃣7️⃣ day of _May_ , 2011, which shall be deemed good and sufficient service thereof.

_COURTESY COPIES TO CHAMBERS AT THE SAME TIME_

DATED:     New York, New York
           May 2️⃣0️⃣ 2011

_[signature]_
Honorable Colleen McMahon
United States District Judge

_As of 12:58 pm on 5/20/2011, the court's prior order temporarily halting the sale is vacated._





EXHIBIT B



Kari Sigerson and Miranda Morrison wish to clarify that the sale they have publicized for Friday, May 20, 2011 through Sunday, May 22, 2011 at Steven Sclaroff's store, located at 44 White Street, New York, New York, is not authorized by or affiliated with the SIGERSON MORRISON brand or its owner. Ms. Sigerson and Ms. Morrison (although they are still part owners of the company) are no longer affiliated with SIGERSON MORRISON and do not own or have any direct interest in the SIGERSON MORRISON trademark or trade name, which they sold in 2006. SIGERSON MORRISON is not going out of business and continues to sell SIGERSON MORRISON branded products.

SIGERSON MORRISON


