Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
David J. Abrams (dabrams@kasowitz.com)
Jonathan E. Minsker (jminsker@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Plaintiff*
*Fisher Sigerson Morrison LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

FISHER SIGERSON MORRISON LLC,

                Plaintiff,

    - against -

KARI SIGERSON and MIRANDA MORRISON,

                Defendants.
------------------------------------------------------------------- X

11-cv-3440 (PKC)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Fisher Sigerson Morrison LLC, a non-governmental corporate party, hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of plaintiff that are publicly held.

Dated:  New York, New York
        May 23, 2011

Respectfully submitted,

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

By: _____
    Marc E. Kasowitz
    Hector Torres
    David J. Abrams
    Jonathan E. Minsker

1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700

*Attorneys for Plaintiff
Fisher Sigerson Morrison LLC*