UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

FISHER SIGERSON MORRISON LLC,

                Plaintiff,

- against -

KARI SIGERSON and MIRANDA MORRISON,

                Defendants.
-------------------------------------------------------------- X

11-cv-3440 (PKC)

## CERTIFICATE OF SERVICE

LAUREN P. RUBIN, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms under penalty of perjury, that on May 23, 2011, a true copy of Summons and Complaint, Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, Affirmation Exigent Circumstances of Jonathan E. Minsker in Support of Order to Show Cause, Affidavit of Effie Petropoulos, with exhibits annexed thereto, Affirmation of Jonathan E. Minsker in Support of Order to Show Cause, with exhibits annexed thereto, and Supplemental Affirmation of Jonathan E. Minsker in Support of Order to Show Cause, with exhibits annexed thereto, was served by Federal Express upon the following:

John K. Crossman, Esq.
Zukerman Gore Brandeis & Crossman, LLP
875 Third Avenue
New York, New York 10022
*Attorneys for Defendants Kari Sigerson
and Miranda Morrison*

Dated:  New York, New York
         May 23, 2011

                                                  Lauren P. Rubin