UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

FISHER SIGERSON MORRISON LLC,

                       Plaintiff,

                 - against -

KARI SIGERSON and MIRANDA MORRISON,

                      Defendants.

------------------------------------------------------------------ X

11-cv-3440 (PKC)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Marc E. Kasowitz, of Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for plaintiff Fisher Sigerson Morrison LLC in this action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 25, 2011

                              KASOWITZ, BENSON, TORRES
                                 & FRIEDMAN LLP

                              By:      s/ Marc E. Kasowitz
                                     Marc E. Kasowitz

                              1633 Broadway
                              New York, New York 10019
                              Tel: (212) 506-1700
                              mkasowitz@kasowitz.com

                              *Attorneys for Plaintiff*
                              *Fisher Sigerson Morrison LLC*