UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FISHER SIGERSON MORRISON LLC,

                         Plaintiff,

             - against -

KARI SIGERSON and MIRANDA MORRISON,

                       Defendants.
------------------------------------------------------------------- X

11-cv-3440 (PKC)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Jonathan E. Minsker, of Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for plaintiff Fisher Sigerson Morrison LLC in this action. I certify that I am admitted to practice in this court.

Dated: New York, New York
        May 25, 2011

                              KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                              By:      s/ Jonathan E. Minsker
                                      Jonathan E. Minsker

                              1633 Broadway
                              New York, New York 10019
                              Tel:  (212) 506-1700
                              jminsker@kasowitz.com

                              *Attorneys for Plaintiff*
                              *Fisher Sigerson Morrison LLC*