UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FISHER SIGERSON MORRISON LLC,

                    Plaintiff,

              - against -

KARI SIGERSON and MIRANDA MORRISON,

                    Defendants.
------------------------------------------------------------------ X

11-cv-3440 (PKC)

ECF Case

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Lauren P. Rubin, of Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for plaintiff Fisher Sigerson Morrison LLC in this action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 25, 2011

                                KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                              By:     s/ Lauren P. Rubin
                                    Lauren P. Rubin

                              1633 Broadway
                              New York, New York 10019
                              Tel:  (212) 506-1700
                              lrubin@kasowitz.com

                              *Attorneys for Plaintiff*
                              *Fisher Sigerson Morrison LLC*