John K. Crossman
ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP
875 Third Avenue
New York, New York 10022
Tel.: (212) 223-6700
*Attorneys for Defendants*
*Kari Sigerson and Miranda Morrison*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FISHER SIGERSON MORRISON LLC,

                Plaintiff,

            - against -

KARI SIGERSON and MIRANDA MORRISON,

                Defendants.

----------------------------------------------------------------X

Civil Action No. 11 civ 3440 (PKC)

**ORDER TO SHOW CAUSE**

      Upon the declaration of John K. Crossman pursuant to Local Civil Rule 6.1(d), the Memorandum of Law in Opposition to Motion for Preliminary Injunction, the declarations of John K. Crossman, Miranda Morrison, and Kari Sigerson, with exhibits, and all the prior pleadings and proceedings herein,

      NOW THEREFORE, on application of Zukerman Gore Brandeis & Crossman, LLP, counsel for defendants, it is hereby:

      ~~ORDERED, that the above-named plaintiff,~~ Fisher Sigerson Morrison, LLC ("FSM"), shall show cause before the Honorable P. Kevin Castel, at Courtroom 12C of the United States Courthouse, 500 Pearl Street, New York, on May ___, 2011, at ___ ___.m., or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to 28 U.S.C. § 1927, requiring counsel for FSM ~~to satisfy personally~~

1

~~the excess costs, expenses, and~~ attorney's fees reasonably incurred because of the unreasonable and vexatious multiplication of proceedings in connection with the bringing of this action and the application for a temporary restraining order and preliminary injunction, and for such other and further relief as ~~to~~ this Court may seem just an proper, and it is further

ORDERED, that opposition papers, if any, to this motion, shall be filed electronically by __ o'clock, _.m. on May __, 2011.

Sufficient reason appearing therefor, it is

ORDERED, that service of this Order by electronic delivery from PACER shall be deemed sufficient service.

Denied. Defendants are free to proceed by notice of motion when as and if they prevail on the merits.

SO ORDERED,

_____, Dated: May 25, 2011
The Hon. P. Kevin Castel, U.S.D.J.