UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
FISHER SIGERSON MORRISON LLC,                                       :
                                                                    :      11-cv-3440 (PKC)
                                                                    :
            Plaintiff,                                              :      **SUPPLEMENTAL**
                                                                    :      **AFFIDAVIT OF**
    - against -                                                     :      **EFFIE PETROPOULOS**
                                                                    :      **IN FURTHER SUPPORT**
KARI SIGERSON and MIRANDA MORRISON,                                 :      **OF PLAINTIFF'S**
                                                                    :      **MOTION FOR A**
                                                                    :      **PRELIMINARY**
            Defendants.                                             :      **INJUNCTION**
------------------------------------------------------------------- X

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

　　　　EFFIE PETROPOULOS, being duly sworn, deposes and says:

　　　　1.　　I am employed by Fisher Sigerson Morrison LLC ("FSM") as the manager and retail coordinator of the SIGERSON MORRISON™ flagship store located at 28 Prince Street, New York, New York 10012 (the "Prince Street Store"). I submit this affidavit in further support of FSM's motion, by order to show cause, for a preliminary injunction against defendants. I am fully familiar with the facts and circumstances stated in this affidavit, which are based upon my own personal knowledge.

　　　　2.　　On May 19, 2011, I submitted an Affidavit in this matter, in which I detailed the numerous communications I had on May 17 and 18, 2011 with individuals who incorrectly believed that the owner of SIGERSON MORRISON brand merchandise was going out of business and that SIGERSON MORRISON™ stores were closing. Those inquiries have continued this week.

3. On May 22 and May 23, 2011, I had numerous communications with customers indicating that they had heard or read that SIGERSON MORRISON® merchandise would no longer be produced and that all SIGERSON MORRISON™ stores would be holding a going out of business sale and closing.

4. Specifically, on May 22, 2011, in the mid-afternoon, I spoke to two different female customers shopping at different times in the Prince Street Store who asked whether SIGERSON MORRISON™ stores were closing.

5. On May 23, 2011, in the early afternoon, I answered a telephone call at the Prince Street Store from a female customer inquiring as to whether SIGERSON MORRISON™ stores were closing. She explained that she had a store credit outstanding and was concerned that the SIGERSON MORRISON™ stores would close before she would have the opportunity to use the credit.

6. Later that day, I answered a telephone call placed to the main SIGERSON MORRISON customer service line also asking whether all SIGERSON MORRISON™ stores were closing.

7. Early in the evening on May 23, 2011, two young women came into the Prince Street Store and explained that they had read an article that SIGERSON MORRISON™ stores were closing and inquired as to whether they would be able to purchase SIGERSON MORRISON® shoes at a significant discount if they came to the Prince Street Store.

8. Prior to receiving the May 17 and May 18, 2011 inquiries that are described in my initial affidavit, I had never participated in, received, or heard of any communications with individuals who stated that they believed or read that the owner of SIGERSON MORRISON® merchandise was going out of business or that SIGERSON MORRISON™ stores were closing.

_____
Effie Petropoulos

Sworn to before me this
26 day of May, 2011

_____
Notary Public

SUSAN L. SCHERMAN
Notary Public, State of New York
No. 01SC6209693
Qualified in New York County
Commission Expires August 3, 2013