```
                                              USDS SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
UNITED STATES DISTRICT COURT                  DATE FILED: 6-15-11
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------X
FISHER SIGERSON MORRISON LLC,           :
                                        :    Civil Action No. 11-cv-3440
            Plaintiff,                  :    (PKC)
                                        :
        - against -                     :    **STIPULATION OF**
                                        :    **DISMISSAL**
KARI SIGERSON and MIRANDA MORRISON,     :    **WITHOUT PREJUDICE**
                                        :
            Defendants.                 :
----------------------------------------X

   IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff shall, and hereby does, voluntarily dismiss the above captioned action, without prejudice, and with each party to bear its own costs and attorneys' fees.

   IT IS FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Stipulation and Order, dated May 31, 2011 (Docket No. 19), to the extent permitted by law.

   IT IS FURTHER STIPULATED that facsimile or electronically transmitted signatures in PDF format may be used in place of originals and, in the aggregate, shall constitute counterpart originals hereof.

JUN. 14. 2011 7:32PM KASOWITZ BENSON TORRES NO. 2613 P. 2
Case 1:11-cv-03440-PKC Document 20 Filed 06/15/11 Page 1 of 2


---

Dated: New York, New York
June 10, 2011

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP |
|---|---|
| By: _____<br>Marc E. Kasowitz<br>Jonathan E. Minsker<br>Lauren P. Rubin | By: _____<br>John K. Crossman<br>Frank Welzer |
| 1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>mkasowitz@kasowitz.com | 875 Third Avenue<br>New York, New York 10022<br>(212) 223-6700<br>jcrossman@zgbellp.com |
| *Attorneys for Plaintiff Fisher Sigerson Morrison LLC* | *Attorneys for Defendants Kari Sigerson and Miranda Morrison* |

SO ORDERED: _____ 6-14-11

Hon. P. Kevin Castel
United States District Judge

2